PROB 12B
(12/98)

# United States District Court

**RECEIVED**

APR 1 4 2010

WILLIAM M. SKRETNY
United States District Judge
Western District of New York

for

## The Western District of New York

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

**Name of Offender:** Shafal Ahmed Mosed          **Case Number:** 1:02CR00214-003

**Name of Sentencing Judicial Officer:** Honorable William M. Skretny, Chief U.S. District Judge

**Date of Original Sentence:** 12/9/03

**Original Offense:**  Providing Material Support or Resources to a Designated Foreign Terrorist Organization  in violation of 18 U.S.C. §2339B and §2

**Original Sentence:** 96 months custody followed by three (3) years supervised release with special conditions to include financial disclosure, no new debt, obtain/maintain gainful employment, submit to search, continue to cooperate with the Government and comply with all terms of the Plea Agreement, and assign to the United States any profits or proceeds from the publicity in this case, as set forth in paragraph 30 of the plea agreement

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 9/1/09

### PETITIONING THE COURT

[ ]     To extend the term of supervision for _ years, for a total term of _ years.
[X]     To modify the conditions of supervision as follows:

You shall comply with the conditions of a curfew with a schedule to be determined by the U.S. Probation Officer, which will be monitored by an electronic monitoring system, for a period of two (2) months.  You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office.  The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

### CAUSE

On 3/31/10, at approximately 4:20 p.m., the subject was stopped by the Lackawanna Police

RE:   **MOSED, Shafal Ahmed**
      **1:02CR00214-003**

Department for Failure to Stop at a Stop Sign.  During the traffic stop, the subject was also issued a ticket for Driving with Tinted Windows and Driving an Uninspected Motor Vehicle. It should be noted that the subject did not contact this officer to inform of this police contact.

On 4/7/10, an after hours home contact was conducted with U.S. Probation Officer Assistant Melissa Colley.  We met with the subject and his wife and young son were present.  Questioned the subject about his police contact and he stated that he was unaware that he had to inform this officer regarding any police contact.  This officer informed the subject that that was not believable as the subject previously had police contact in July 2009 and he did inform this officer of that contact.

On 4/13/10, the subject met with this officer to re-review his conditions of supervised release.  The subject was apologetic and thought that he only had to report if he was arrested.  He agreed that a sanction was warranted for his behavior and executed Probation Form 49 to have his conditions modified to include two (2) months electronic monitoring with a curfew schedule.

Reviewed by:

_____
David W. Bovard
Deputy Chief U.S. Probation Officer

Respectfully submitted

by

_____
Cleophus J. Weeks
Supervising U.S. Probation Officer
Date: April 13, 2010

===================================================

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

_____4 / 18 / 10_____
Date

PROB 49
(Revised 11/98)

# United States District Court
## Western District of New York

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I further understand that all previously imposed conditions will remain in effect.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You shall comply with the conditions of a curfew with a schedule to be determined by the U.S. Probation Officer, which will be monitored by an electronic monitoring system, for a period of two (2) months. You shall wear (an) electronic monitoring device(s) and follow monitoring procedures specified by your probation officer as outlined in Probation Form 61. You shall pay a portion or the total cost of electronic monitoring services at the daily rate provided by the U.S. Probation Office. The daily rate and payment schedule are subject to periodic adjustments by the U.S. Probation Office.

Witness: _____
Supervising U.S. Probation Officer
Cleophus J. Weeks

Signed: _____
Supervised Releasee
Shafal Ahmed Mosed

_____4/13/10_____
Date